Helen Sesterhenn, Administratrix of the estate of M. Schaefer, Appellant, v. Joseph Schneider et al., Appellees.

### Gen. No. 18,371.

Egidius Meyer, Appellant, v. John Schaefer et al., Appellees.

### Gen. No. 18,372.

Anna Huerter, Appellant, v. John Schaefer et al., Appellees.

### Gen. No. 18,373.   (Not to be reported in full.)

Appeals from the Superior Court of Cook county; the Hon. JOSEPH H. FITCH, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1912. Reversed and remanded. Opinion filed December 31, 1913.

### Statement of the Cases.

These cases were consolidated for hearing in this court with case No. 18,370, *Schoden v. Schaefer, ante,* p. 456, and decision therein controls.

ADAMS, BOBB & ADAMS, for appellants; G. L. WIRE, of counsel.

GAIL E. DEMING and LOUIS J. PIERSON, for appellees.

MR. JUSTICE DUNCAN delivered the opinion of the court.